**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH CUVIELLO,                             CASE NO. 5:13-cv-04951 EJD

                                             **ORDER OF RECUSAL**

        Plaintiff(s),

   v.

FELD ENTERTAINMENT, INC., et. al.,


        Defendant(s).
_____/

        I, the undersigned Judge of the court, finding myself disqualified from presiding over the

above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant

to the applicable provisions of this District's Assignment Plan.


**IT IS SO ORDERED.**


Dated:  June 6, 2014

                                             _____
                                             EDWARD J. DAVILA
                                             United States District Judge

CASE NO. 5:13-cv-04951 EJD
ORDER OF RECUSAL