Janet L. Everson – Bar No. 211161
Kimberly A. Shields – Bar No. 245326
Jennifer J. Karpinski – Bar No. 285000
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendants
JAMES MCMANIS, RUBY KAZI,
GREGORY WARD and TYLER ATKINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO,<br><br>    Plaintiff,<br><br>v.<br><br>FELD ENTERTAINMENT, INC. (dba RINGLING BROS. AND BARNUM & BAILEY CIRCUS), RINGLING BROS. DIRECTOR OF CIRCUS OPERATIONS MIKE STUART, RINGLING BROS. BLUE UNIT ASSISTANT GENERAL MANAGER DAVID BAILEY, JAMES MCMANIS, RUBY KAZI, GREGORY WARD, and TYLER ATKINSON, Jointly and Severally,<br><br>    Defendants. | Case No.: CV13-04951-BLF<br><br>The Honorable Beth Labson Freeman<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Current Hearing:<br>Date: July 10, 2014<br>Time: 1:30 p.m.<br>Courtroom:  3, 5th Floor<br><br>[Proposed] New Hearing:<br>Date: September 25, 2014<br>Time:  1:30 p.m.<br>Courtroom: 3, 5th Floor<br><br>Trial Date:   Not Set<br>Date Filed:   October 24, 2013 |

1    The parties herein hereby stipulate to the following, and also stipulate that the Court may rely
2    upon this Stipulation in the management of this lawsuit and enter an order based on this Stipulation.
3    WHEREAS, the plaintiff, Joseph Cuviello (hereinafter "Plaintiff"), filed the Complaint in this
4    matter on October 24, 2013.  On February 28, 2014, all defendants filed motions to dismiss and/or
5    strike the complaint.  The motions were noticed for the Court's first available date for hearing, on July
6    25, 2014 at 10:00 a.m.
7    The Court had previously scheduled a Case Management Conference for April 18, 2014.  Due
8    to the fact that the motions to dismiss and/or strike would not be heard until July of 2014, the parties
9    believed that holding a Case Management Conference prior to the Court's ruling on the motions was
10   premature, as the parties recognized that the pending motions seek the dismissal of all claims asserted.
11   Accordingly, the parties stipulated to the necessity of continuing the Case Management Conference
12   and associated deadlines, to August 22, 2014.  Thereafter, the Court entered an Order consistent with
13   the parties' stipulation.   As of the filing of this Stipulation, both motions to dismiss and/or strike have
14   now been fully briefed by all parties.
15   On June 6, 2014, the Honorable Edward J. Davila filed an Order of Recusal, recusing himself
16   from this case.  On the same day, this case was reassigned by Order to the Honorable Beth Labson
17   Freeman.  On June 10, 2014, the Court set a Case Management Conference for July 10, 2014 at 1:30
18   p.m.
19   Following this reassignment, and pursuant to the Court's Order, the defendants will soon re-
20   notice their motions to dismiss and/or strike for the Court's and parties' first available date for hearing,
21   on September 4, 2014 at 9:00 a.m.  Notably, this hearing date is nearly two months after the Case
22   Management Conference currently set for July 10, 2014.  The parties again maintain that holding a
23   Case Management Conference at this stage will be premature and contrary to judicial economy, as the
24   parties recognize that the pending motions seek to dismiss and/or strike all of the claims asserted in
25   Plaintiff's suit.
26   In light of these circumstances, and in anticipation of the Court ruling on the pending motions
27   in early September 2014, the parties again stipulate to the necessity of continuing the currently
28   scheduled Case Management Conference and all associated deadlines.  The parties stipulate to

1  continuing the Initial Case Management Conference to ~~September 25, 2014~~, at 1:30 p.m. in Courtroom
2  3, 5th Floor, San Jose.  The parties further stipulate and request that all other deadlines be continued
3  accordingly.
4      It is so agreed that the Court may enter an order based on this Stipulation.

Dated: June 16, 2014

                         **MURPHY, PEARSON, BRADLEY & FEENEY**

                         By /s/ Jennifer J. Karpinski
                              Jennifer J. Karpinski
                              Attorneys for Defendant
                              JAMES MCMANIS, RUBINA KAZI, GREGORY
                              WARD AND TYLER ATKINSON

Dated: June 16, 2014

                         **FULBRIGHT & JAWORSKI, LLP**

                         By /s/ Todd Sorrell
                              Peter Mason
                              Todd Sorrell
                              Tarifa B. Laddon
                              Attorneys for Defendant
                              FELD ENTERTAINMENT, INC. (dba RINGLING
                              BROS. AND BARNUM & BAILEY CIRCUS),
                              MICAHEL STUART, AND DAVID BAILEY

Dated: June 16, 2014

                         **JOSEPH CUVIELLO, PRO SE**

                         By /s/ Joseph Cuviello
                              Joseph Cuviello
                              PRO SE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____                  /s/ Beth Labson Freeman
                                          The Honorable Beth Labson Freeman
                                          United States District Court Judge

JJK.20781912.doc

- 3 -