IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO,<br><br>         Plaintiff,<br><br>   v.<br><br>FELD ENTERTAINMENT, INC. (dba RINGLING BROS. AND BARNUM & BAILEY CIRCUS), et al.,<br><br>         Defendants. | Case No. 13-cv-04951-BLF<br><br>**JUDGMENT** |

The Court having granted Defendants' special motions to strike and motions for attorneys' fees and costs,

Judgment is hereby entered for Defendants and against Plaintiff.

Defendants Feld Entertainment Inc., Mike Stuart, and David Bailey are awarded attorneys' fees and non-taxable costs in the amount of $56,937.99.

Defendants James McManis, Ruby Kazi, Gregory Ward, and Tyler Atkinson are awarded attorneys' fees and non-taxable costs in the amount of $26,902.50.

Dated: January 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge